IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANESHIA LAWLESS on behalf of
and as next friend of minor child KC            PLAINTIFF

VS.           CASE NO. 3:24-cv-00029-LPR

TRUMANN SCHOOL BOARD           DEFENDANT

## STIPULATED FINAL JUDGMENT

The Court, having been advised that Defendant Trumann School Board has agreed to entry of judgment for nominal damages and injunctive relief consistent with the Consent Order previously entered in this case, enters final judgment as follows:

1. Judgment is entered in favor of Plaintiff and against Defendant in the amount of one dollar ($1.00) as nominal damages for Plaintiff's claims under §504 of the Rehabilitation Act and Title II of the Americans with Disabilities Act.

2. The Court incorporates by reference the Consent Order entered on March 6, 2024, (Doc. 11) which resolved Plaintiff's request for injunctive relief. That Order remains in full force and effect.

3. Plaintiff is designated as the prevailing party for purposes of attorneys' fees and costs under applicable law.

4. The parties have resolved the issue of attorneys' fees and costs through a separate agreement. Plaintiff's counsel reserves the right to move for attorneys' fees in the event the terms of that agreement are not satisfied.

5. This Judgment resolves all remaining claims in this matter.

(LPR) 6. This Judgment finalizes the partial summary judgment grant ordered in Doc. 53.

IT IS SO ORDERED this 9th day of October, 2025.

                                                    Hon. Lee P. Rudofsky
                                                    United States District Judge

Approved By:

| /s/ Brice Timmons | /s/ Rebecca Worsham |
|---|---|
| Brice M. Timmons (TN 29582) | Rebecca Worsham (AR2009260) |
| WATSON BURNS, PLLC | MIXON & WORSHAM, PLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Memphis, Tennessee 38210 | P.O. Box 1442 |
| Tel. (901) 529-7996 | Jonesboro, Arkansas 72403 |
| btimmons@watsonburns.com | 870.935.8600; 870.935.8622 (f) |
| | rworsham@mixonlawfirm.com |

/s/ Craig A. Edgington
Craig A. Edgington (TN 38205)
WATSON BURNS, PLLC
Attorneys for Plaintiff
Memphis, Tennessee 38210
Tel. (901) 529-7996
cedgington@watsonburns.com

2